McGREGOR W. SCOTT
United States Attorney
JEREMY J. KELLEY
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

**FILED**

FEB 0 7 2019

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
                DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MITCHELL VANBEEK, CHRISTINA VANBEEK, and CHRISTOPHER PAN,<br><br>Defendants. | CASE NO. 2:19-CR-0029 JAM<br><br>ORDER TO SEAL |

The Court hereby orders that the Indictment, the Petition to Seal Indictment, and this Order, in the above-referenced case, shall be sealed until the arrest of all defendants or until further order of the Court.

Dated: Feb 7, 2019

_____
KENDALL J. NEWMAN
United States Magistrate Judge

SEALING ORDER