KYLE R. KNAPP - SBN 166597
Attorney at Law
916 2nd Street, 2nd Floor
Sacramento, CA 95814
Telephone: (916) 441-4717
Facsimile: (916) 4441-4299

Attorney for Defendant
MITCHELL VANBEEK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MITCHELL VANBEEK et al.,<br><br>Defendants. | CASE NO. 2:19-CR-0029-JAM<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER<br><br>DATE: June 18, 2019<br>COURT: Hon. John A. Mendez |

**STIPULATION**

1. This stipulation concerns a discovery-intensive access device fraud/identity theft case.

2. By previous order, this matter was set for status on June 18, 2019.

3. By this stipulation, the Government and counsel for the defendants in the above-captioned case now move to continue the status conference to October 1, 2019 at 9:15 a.m.

4. The parties also seek to exclude time between, June 18, 2019, and October 1, 2019 under Local Code T4.

5. The parties agree and stipulate, and request that the Court find the following:

a) As of this stipulation, the Government has produced a raft of discovery consisting of 109,436 pages of written discovery and four video files.

b) It is paramount that Counsel for the defendants receive additional time to review the volume of discovery received. This review will enable counsel to scrupulously evaluate the evidence against their respective clients, conduct ancillary research, and consult with their respective clients on

how to proceed.

    c)    Counsel for the defendants believe that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

    d)    The government does not object to the continuance.

    e)    Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

    f)    For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trials must commence, the time periods of June 18, 2019 to October 1, 2019, inclusive, are deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because they result from continuances granted by the Court at the defendants' requests on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendants in speedy trials.

    6.    Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the periods within which trials must commence.

IT IS SO STIPULATED.

| | |
|---|---|
| Dated: June 13, 2019 | McGREGOR W. SCOTT<br>United States Attorney<br><br>/s/ AMY HITCHCOCK<br>AMY HITCHCOCK<br>Assistant United States Attorney |
| Dated: June13, 2019 | /s/ MIA CRAGER<br>MIA CRAGER<br>Counsel for Defendant Christina VanBeek |

Dated: June 13, 2019         /s/ ALEX KESSEL
                             ALEX KESSEL
                             Counsel for Defendant Christopher Pan

Dated: June 13, 2019         /s/ KYLE R. KNAPP
                             KYLE R. KNAPP
                             Counsel for Defendant Mitchell
                             VanBeek

**FINDINGS AND ORDER**

IT IS SO FOUND AND ORDERED this 14th day of June 2019.

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE

Stipulation Regarding Excludable Time Periods Under Speedy Trial Act

3