KYLE R. KNAPP - SBN 166597
Attorney at Law
916 2nd Street, 2nd Floor
Sacramento, CA 95814
Telephone: (916) 441-4717
Facsimile: (916) 4441-4299

Attorney for Defendant
MITCHELL VANBEEK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MITCHELL VANBEEK et al.,<br><br>Defendants. | CASE NO. 2:19-CR-0029-JAM<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER<br><br>DATE: January 14, 2019<br>COURT: Hon. John A. Mendez |

**STIPULATION**

1. This stipulation concerns a discovery-intensive access device fraud/identity theft case.

2. By previous order, this matter was set for status on January 14, 2020.

3. By this stipulation, the Government and counsel for the defendants in the above-captioned case now move to continue the status conference to April 7, 2020 at 9:15 a.m.

4. The parties also seek to exclude time between, January 14, 2020, and April 7, 2020 under Local Code T4.

5. The parties agree and stipulate, and request that the Court find the following:

a) As of this stipulation, the Government has produced 109,436 pages of written discovery and four video files.

b) The consensus among defense counsel, despite diligent efforts, is that it will take several additional months to review/triage the evidence and meet with our clients. This review will enable counsel to scrupulously evaluate the evidence against their respective clients, conduct

ancillary research, and consult with their respective clients on how to proceed.

    c) In addition, counsel for Mitchell Van Beek and Christina Van Beek will both be in protracted jury trials during the next three months.

    d) Counsel for the defendants believe that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

    e) The government does not object to the continuance.

    f) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

    g) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trials must commence, the time periods of January 14, 2020 to April 7, 2020, inclusive, are deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because they result from continuances granted by the Court at the defendants' requests on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendants in speedy trials.

6. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the periods within which trials must commence.

IT IS SO STIPULATED.

Dated: January 7, 2020

McGREGOR W. SCOTT
United States Attorney

/s/ AMY HITCHCOCK
AMY HITCHCOCK
Assistant United States Attorney

Dated: January 7, 2020

/s/ MIA CRAGER
MIA CRAGER
Counsel for Defendant Christina VanBeek

Dated: January 7, 2020

/s/ ALEX KESSEL
ALEX KESSEL
Counsel for Defendant Christopher Pan

Dated: January 7, 2020

/s/ KYLE R. KNAPP
KYLE R. KNAPP
Counsel for Defendant Mitchell VanBeek

**FINDINGS AND ORDER**

IT IS SO FOUND AND ORDERED this 9th day of January, 2020.

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE