**KYLE R. KNAPP**
**Attorney at Law**
California State Bar No. 166597
916 2nd Street, 2nd Floor
Sacramento, CA 95814
Telephone:(916) 441-4717

Attorney for Mitchell VanBeek

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,   )<br>                                                         )<br>                        Plaintiff,       )<br>                                                         )<br>v.                                                     )<br>                                                         )<br>MITCHELL VANBEEK,                  )<br>                                                         )<br>                        Defendant.    )<br>_____) | CASE NO.   19-CR-00029-JAM<br><br>**STIPULATION AND ORDER TO**<br>SET NEW JUDGEMENT AND SENTENCING<br>DATE & NEW DISCLOSURE SCHEDULE<br><br>DATE: February 23, 2021<br>Time:  9:30 am<br>COURT: Hon. John A. Mendez |

    IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, Veronica Alegria, Assistant United States Attorney, attorney for plaintiff and Kyle Knapp, attorney for defendant, MITCHELL VANBEEK, that the previously scheduled sentencing date of February 23, 2021, be vacated and the matter set for sentencing on April 27, 2021 at 9:30am.

    This continuance is requested to allow defendant to fully address all matters in the draft report. Due to Covid-19 dynamics at the jail, there were some logistical problems getting the probation interview completed as access to Mr. VanBeek was difficult.  In addition, counsel for Mr. VanBeek has been out of the office for several weeks due to a family medical matter.  I have contacted Ms. Alegre and Ms. Besabe and they have no objection to the new sentencing date.

    The following revised sentencing schedule is requested: Judgement and Sentencing – April 27, 2021; Reply or Statement of Non-Opposition to Motion to Correct PSR due April 20, 2021; Motion to

Correct PSR due April 13, 2021; Probation Report and Response to Informal Objections due April 6, 2021; and Informal Objections due March 30, 2021. The draft PSR was filed on February 9, 2021 when defense counsel was out of the office.

Dated: February 20, 2021                                       Respectfully submitted.

                                                               /s/ Kyle R. Knapp
                                                               Kyle R. Knapp
                                                               Attorney for Defendant Mitchell VanBeek


Dated: February 20, 2021                                       Respectfully submitted.

                                                               /s/ Veronica Alegre
                                                               Veronica Alegria
                                                               Assistant U.S. Attorney
                                                               Attorney for Plaintiff

IT IS SO ORDERED.

DATED: February 22, 2021                                       /s/ John A. Mendez
                                                               THE HONORABLE JOHN A. MENDEZ
                                                               UNITED STATES DISTRICT COURT JUDGE