**KYLE R. KNAPP**
**Attorney at Law**
California State Bar No. 166597
916 2nd Street, 2nd Floor
Sacramento, CA 95814
Telephone:(916) 441-4717

Attorney for Mitchell VanBeek

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  ) | CASE NO.   19-CR-00029-JAM |
|                             ) | |
|              Plaintiff,     ) | |
|                             ) | |
|                             ) | **STIPULATION AND ORDER TO** |
| v.                          ) | SET NEW JUDGEMENT AND SENTENCING |
|                             ) | DATE & NEW DISCLOSURE SCHEDULE |
|                             ) | |
| MITCHELL VANBEEK,           ) | DATE: April 27, 2021 |
|                             ) | Time: 9:30 am |
|              Defendant.     ) | COURT: Hon. John A. Mendez |
|                             ) | |
| _____ ) | |

   IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, Veronica Alegria, Assistant United States Attorney, attorney for plaintiff and Kyle Knapp, attorney for defendant, MITCHELL VANBEEK, that the previously scheduled sentencing date of April 27, 2021, be vacated and the matter set for sentencing on May 4, 2021 at 9:30am.

   This continuance is requested to allow defendant to fully address all matters in the final probation report and look further at any mitigation factors.   I have contacted Ms. Alegre and Ms. Besabe and they have no objection to the new sentencing date.

   The following revised sentencing schedule is requested: Judgement and Sentencing – May 4, 2021; Reply or Statement of Non-Opposition to Motion to Correct PSR due April 27, 2021; Motion to Correct PSR due April 20, 2021.  The final probation report has been filed and it is anticipated that there will be no motion to correct filed by either party.

Dated: April 13, 2021                                  Respectfully submitted.

                                            /s/ Kyle R. Knapp
                                            Kyle R. Knapp
                                            Attorney for Defendant Mitchell VanBeek

Dated: April 13, 2021                                  Respectfully submitted.

                                            /s/ Veronica Alegria
                                            Veronica Alegria
                                            Assistant U.S. Attorney
                                            Attorney for Plaintiff

IT IS SO ORDERED.

Dated:  April 14, 2021                                 /s/ John A. Mendez
                                            THE HONORABLE JOHN A. MENDEZ
                                            UNITED STATES DISTRICT COURT JUDGE